# FIBICH, HAMPTON & LEEBRON, L.L.P.

ATTORNEYS AT LAW
5 HOUSTON CENTER
1401 McKINNEY, SUITE 1800
HOUSTON, TEXAS 77010-9998

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 10 2007 ★

P.M. _____
TIME A.M. _____

KENNETH T. FIBICH
Board Certified Civil Trial Law
Texas Board of Legal Specialization

(713) 751-0025
FAX (713) 751-0030
Email: tfibich@fhl-law.com

May 9, 2007

United States District Court Clerk
Brooklyn Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

close the following
cases Judi Hibbard
5/9/07

Re:   Zyprexa MDL Cases

Dear Clerk:

Please mark the following cases as closed on your docket:

| # | Plaintiff Name | Cause No. | Reason |
|---|---|---|---|
| 1. | Agarwal, Vivek | 1:06-cv-02566 | All claims dismissed 40/5/06 and 12/14/06. Janssen remanded per MDL Order. |
| 2. | Atterberry, Windy | 1:06-cv-02021 | All claims dismissed 9/27/06. |
| 3. | Baker, James | 1:06-cv-05129 | All claims dismissed 10/3/06 in NYED – Claim against Astrazeneca transferred to FLMD per MDL Order. |
| 4. | Ball, Anita | 1:05-cv-05644 | All claims dismissed on 9/25/06. Dr. Bright had been dismissed prior to transfer of case to NYED. |
| 5. | Black, Gloria | 1:06-cv-03504 | All claims dismissed 10/5/06. Janssen remanded per MDL Order. |
| 6. | Boldridge, Lori | 1:05-cv-05926 | All claims dismissed 10/17/06. |
| 7. | Breaux, Scott | 1:05-cv-00039 | All claims dismissed 10/2/06. |
| 8. | Brockmeier, Duretta | 1:05-cv-05643 | All claims dismissed 9/25/06. Drs. Smith and Jones were dismissed prior to transfer of case to NYED. |
| 9. | Brosnahan, Phillip | 1:05-cv-05927 | All claims dismissed 9/25/06. |
| 10. | Brown, Jacqueline | 1:06-cv-01999 | All claims dismissed 9/25/06 and 11/21/06. |
| 11. | Buck, Cindy | 1:06-cv-03505 | All claims dismissed 10/5/06. Janssen remanded per MDL Order. |
| 12. | Caffey, James | 1:06-cv-01346 | All claims dismissed 9/27/06. |
| 13. | Cain, Jr., Earl | 1:06-cv-02569 | All claims dismissed 10/5/06 and 11/30/06. Janssen remanded per MDL Order. |
| 14. | Carrero, Erika | 1:06-cv-02026 | All claims dismissed 9/25/06. |
| 15. | Chazelle, Valerie | 1:06-cv-01362 | All claims dismissed 11/10/06. |
| 16. | Crank, Leah | 1:06-cv-02671 | All claims dismissed 10/5/06 and 12/4/06. Janssen remanded per MDL Order. |
| 17. | DeRuyter, David | 1:06-cv-02579 | All claims dismissed 10/5/06. Janssen remanded per MDL Order. |
| 18. | Eads, Loretta | 1:06-cv-01408 | All claims dismissed 9/25/06. |
| 19. | Easley, Gina M. | 1:06-cv-01397 | All claims dismissed 9/27/06. |



| # | Plaintiff Name | Cause No. | Reason |
|---|---|---|---|
| 20. | Edgeworth, Rosalie | 1:05-cv-00044 | All claims dismissed 10/2/06. |
| 21. | Ellis, Scott | 1:05-cv-05646 | All claims dismissed 9/28/06. |
| 22. | Emmons, Ian | 1:06-cv-04971 | All claims dismissed 10/3/06. |
| 23. | Ewing, William | 1:06-cv-01361 | All claims dismissed 9/25/06. Dr. Houghton had been dismissed prior to transfer of case to NYED. |
| 24. | Ferrin, Clifford | 1:06-cv-03506 | All claims dismissed 10/5/06. Janssen remanded per MDL Order. |
| 25. | Forbes, Ronald | 1:06-cv-01396 | All claims dismissed 9/25/06. |
| 26. | Freeman, Twila May | 1:06-cv-01351 | All claims dismissed 9/25/06. |
| 27. | Gleese, Brenda | 1:06-cv-02005 | All claims dismissed 9/25/06. |
| 28. | Hair, Evelyn | 1:06-cv-04966 | All claims dismissed 10/3/06. |
| 29. | Hamilton, Sheila | 1:04-cv-02875 | All claims dismissed 10/2/06. |
| 30. | Harper, Antoinette | 1:06-cv-02666 | All claims dismissed 10/9/06. Astrazeneca transferred to FLMD per MDL Order. All other defendants had been dismissed prior to transfer of case to NYED |
| 31. | Hayes, Gloria | 1:06-cv-02000 | All claims dismissed 9/25/06. |
| 32. | Hegger, Deborah | 1:06-cv-00454 | All claims dismissed 9/25/06. Dr. Santos had been dismissed prior to transfer of case to NYED. |
| 33. | Helms, Shirley | 1:06-cv-01364 | All claims dismissed 9/25/06. |
| 34. | Hemphill, Lamont | 1:06-cv-01995 | All claims dismissed 9/25/06. |
| 35. | Hendrix, Pamela | 1:06-cv-01993 | All claims dismissed 9/25/06. |
| 36. | Henry, Robert | 1:06-cv-01367 | All claims dismissed 9/27/06. |
| 37. | Howard, Anthony | 1:06-cv-02571 | All claims dismissed 10/5/06 and 11/30/06. Janssen remanded per MDL Order. |
| 38. | Howard, Kelly | 1:06-cv-01599 | All claims dismissed 10/17/06. |
| 39. | Hufferd, Joy | 1:06-cv-01366 | All claims dismissed 9/25/06. |
| 40. | Hurst, Laura | 1:06-cv-02580 | All claims dismissed 10/5/06. Janssen remanded per MDL Order. |
| 41. | Johnson, Janice A. | 1:06-cv-01407 | All claims dismissed 10/17/06. |
| 42. | Johnson, Michael | 1:06-cv-02574 | All claims dismissed 10/5/06. |
| 43. | Johnson, Stephen | 1:05-cv-05649 | All claims dismissed 9/25/06. |
| 44. | Johnson, Xavier | 1:06-cv-01983 | All claims dismissed 9/25/06. |
| 45. | Journey, Pamela | 1:06-cv-03507 | All claims dismissed 10/5/06. Janssen remanded per MDL Order. |
| 46. | Keetch, James | 1:06-cv-03503 | All claims dismissed 10/5/06. Janssen remanded per MDL Order. |
| 47. | Kelly, Robert S. | 1:05-cv-06045 | All claims dismissed 9/25/06. |
| 48. | Kibler, Patricia | 1:05-cv-05932 | All claims dismissed 9/25/06. |
| 49. | Lehar, Joyce | 1:06-cv-02581 | All claims dismissed 10/5/06 and 1/3/07. Janssen remanded per MDL Order. |
| 50. | Longhibler, Anita | 1:05-cv-05929 | All claims dismissed 9/25/06. |
| 51. | Lothridge, Gloria | 1:06-cv-01365 | All claims dismissed 9/25/06. |
| 52. | Luther, Donna | 1:06-cv-00047 | All claims dismissed 9/25/06. |
| 53. | Malone, Cameron | 1:06-cv-02582 | All claims dismissed 10/5/06. Janssen remanded per MDL Order. |
| 54. | Martin, Anastasia | 1:06-cv-02576 | All claims dismissed 10/6/06 and 11/30/06. Janssen remanded per MDL Order. |
| 55. | Maurice, Magdalena | 1:06-cv-02670 | All claims dismissed 10/6/06. Janssen remanded per MDL Order. |
| 56. | McDonald, Patrick | 1:06-cv-01363 | All claims dismissed 9/28/06. |
| 57. | McGee, Thomas | 1:06-cv-03508 | All claims dismissed 10/6/06. Janssen remanded per MDL Order. |

| # | Plaintiff Name | Cause No. | Reason |
|---|---|---|---|
| 58. | McMahon, Michelle | 1:06-cv-03498 | All claims dismissed 10/6/06. Janssen remanded per MDL Order. |
| 59. | Middleton, Jr., Michael | 1:06-cv-04967 | All claims dismissed 10/3/06. |
| 60. | Mincks, Raymond | 1:06-cv-01347 | All claims dismissed 9/25/06. |
| 61. | Moore, William | 1:06-cv-03663 | All claims dismissed 9/25/06. |
| 62. | Morlan, Jennifer | 1:06-cv-01359 | All claims dismissed 9/25/06. |
| 63. | Myers, Barbara | 1:05-cv-05647 | All claims dismissed 9/25/06. |
| 64. | Noblitt, Paul | 1:05-cv-05648 | All claims dismissed 9/25/06. |
| 65. | Parker, Jacqueline Lacaze | 1:04-cv-05166 | All claims dismissed 10/2/06. |
| 66. | Poole, Gail R. | 1:06-cv-00064 | All claims dismissed 9/28/06. |
| 67. | Prince, David | 1:06-cv-02568 | All claims dismissed 10/6/06 and 11/30/06. Janssen remanded per MDL Order. |
| 68. | Province, Barbara | 1:06-cv-00048 | All claims dismissed 9/25/06. |
| 69. | Quebedeaux, Christina | 1:06-cv-01395 | All claims dismissed 9/25/06. |
| 70. | Reynolds, Charles | 1:06-cv-01352 | All claims dismissed 9/25/06. |
| 71. | Riley, Susan M. | 1:06-cv-01991 | All claims dismissed 9/25/06. |
| 72. | Robinson, Linda Faye | 1:06-cv-01354 | All claims dismissed 9/25/06. |
| 73. | Robinson, Tina | 1:06-cv-02668 | All claims dismissed 10/6/06. Janssen remanded per MDL Order. |
| 74. | Sabala, Gilbert | 1:06-cv-01360 | All claims dismissed 9/25/06. |
| 75. | Sage, James | 1:06-cv-02577 | All claims dismissed 10/6/06 and 12/5/06. Janssen remanded per MDL Order. |
| 76. | Saunders, Joyce | 1:06-cv-02578 | All claims dismissed 10/6/06. |
| 77. | Schnardthorst, Kimberly | 1:06-cv-03660 | All claims dismissed 9/25/06. |
| 78. | Scott, Darryl | 1:06-cv-01986 | All claims dismissed 9/25/06. |
| 79. | Shaffer, Valerie Ann | 1:06-cv-01987 | All claims dismissed 1/16/07. |
| 80. | Smith, Jevon | 1:06-cv-01598 | All claims dismissed 9/25/06. |
| 81. | Sousley, Melissa | 1:06-cv-00991 | All claims dismissed 9/25/06. |
| 82. | Stevens, Ethel | 1:06-cv-02022 | All claims dismissed 9/25/06. |
| 83. | Surface, Scott | 1:06-cv-00046 | All claims dismissed 9/25/06. |
| 84. | Tate, Janet Lea | 1:05-cv-06044 | All claims dismissed 9/25/06. |
| 85. | Thomas, Brentt | 1:06-cv-03499 | All claims dismissed 20/6/06. Janssen remanded per MDL Order. |
| 86. | Thompson, Reed | 1:06-cv-03501 | All claims dismissed 10/6/06. |
| 87. | Tindall, Linda Ward | 1:06-cv-02006 | All claims dismissed 9/25/06. |
| 88. | Trefney, Donna | 1:06-cv-01988 | All claims dismissed 9/25/06. |
| 89. | Vaughan, Donald | 1:06-cv-04970 | All claims dismissed 10/4/06. |
| 90. | Wallace, Sharon | 1:06-cv-00465 | All claims dismissed 9/28/06. |
| 91. | Warson, Bacil | 1:06-cv-01349 | All claims dismissed 9/25/06. |
| 92. | Watkins, Tamila | 1:06-cv-03502 | All claims dismissed 10/6/06. Janssen remanded per MDL Order. |
| 93. | Watson, Erin | 1:06-cv-03661 | All claims dismissed 9/28/06. |
| 94. | Weatherford, JoAnna | 1:05-cv-05645 | All claims dismissed 9/25/06. |
| 95. | Weese, Mary Ella | 1:06-cv-02027 | All claims dismissed 9/25/06. |
| 96. | West, Jr., James | 1:06-cv-02573 | All claims dismissed 10/6/06. Janssen remanded per MDL Order. |

| #    | Plaintiff Name         | Cause No.       | Reason                        |
|------|------------------------|-----------------|-------------------------------|
| 97.  | Williams, Rosetta Marie| 1:06-cv-02008   | All claims dismissed 9/25/06. |
| 98.  | Williams, Tonya        | 1:06-cv-00466   | All claims dismissed 9/25/06. |
| 99.  | Wolfe, Michelle        | 1:06-cv-01344   | All claims dismissed 9/25/06. |
| 100. | Wright, Larry          | 1:06-cv-02024   | All claims dismissed 9/27/06. |
| 101. | Young, Linda           | 1:06-cv-01985   | All claims dismissed 9/25/06. |

Please let me know if there is something else I need to do to make sure these cases are reflected as closed.

Sincerely,

FIBICH, HAMPTON & LEEBRON, LLP

By: *Rachel Solis*
Rachel Solis, Legal Assistant

:rs